No. 26-40576

In the United States Court Of Appeals, 5th Circuit

Donald Lynn Thompson Jr
Plaintiff-Appellant,
v.
Matagorda County et al
Defendant-Appellee

U.S. COURT OF APPEALS
RECEIVED
Oct 14, 2026
FIFTH CIRCUIT

# APPELLANT'S UNOPPOSED MOTION FOR PERMISSION TO FILE ELECTRONICALLY AS A PRO SE PARTY

Appellant, Donald Lynn Thompson Jr., pro se party, moves this court for permission to file electronically in the matter captioned above. Appellee's counsel has been contacted regarding this motion; the motion is unopposed.

Appellant has reviewed the Fifth Circuit ECF Information Page and understands the rules of e-filing. Appellant has access to a computer and the internet in order to e-file. Appellant understands approval to e-filing requires appellant to register with PACER for a CM/ECF account with the Fifth Circuit, and that appellant consents to electronic service at the email address registered to the appellant's Fifth Circuit PACER account. Appellant understands consent to e-service requires that service of filings via US mail will be discontinued.

Appellant asks that this motion be granted, because appellant wishes to use the court's brief template and brief checker, which are available to parties granted e-filing prior to the issuance of the briefing notice.

Appellant understands if this motion is granted, the e-filing privilege only applies to this case while it is pending and that abuse of the e-filing privileges may result in revocation of the right to e-file.

For the above reasons, Appellant seeks permission to e-file in this matter.

Respectfully Submitted,
By: /s/ Donald Lynn Thompson Jr
Donald Lynn Thompson Jr
Pro-Se Appellant
PO Box 521
Markham Texas 77456
thompson-v-matagorda@proton.me

CERTIFICATE OF COMPLIANCE

I, Donald Lynn Thompson Jr., undersigned, certify that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. 3 App. P. 32(f), this document contains 438 words, as determined by Google Docs word processing software.
2. This document complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Google Docs word processing in Times New Roman (14-point).

Dated: October 14, 2026

Respectfully Submitted,
By: /s/ Donald Lynn Thompson Jr
Donald Lynn Thompson Jr
Pro-Se Appellant
PO Box 521
Markham Texas 77456
thompson-v-matagorda@proton.me

CERTIFICATE OF SERVICE

I, Donald Lynn Thompson Jr, hereby certify that a copy of this motion was emailed to all parties on October 14, 2026

Respectfully Submitted,

By: /s/ Donald Lynn Thompson Jr
Donald Lynn Thompson Jr
Pro-Se Appellant
PO Box 521
Markham Texas 77456
thompson-v-matagorda@proton.me