Donald Lynn Thompson Jr
P.O. Box 521
Markham, TX 77456
Thompson-v-Matagorda@proton.me

U.S. COURT OF APPEALS
RECEIVED
Oct 16, 2026
FIFTH CIRCUIT

October 16, 2026

Clerk of Court
United States Court of Appeals for the Fifth Circuit

Re: No. 26-40576, *Thompson v. Chau*; appeal from S.D. Tex. No. 3:25-cv-00253

Dear Clerk:

Your docketing letter (Doc. 5) asked me to report any discrepancies right away. I am reporting three 3 in the appellee list. Doc 7 was entered 10/15/26 and reads: "CASE CAPTION updated. Additional appeal filed."

Doc 7 is the docketing of Dkt 64, the amended notice of appeal. It doesn't say what part of the caption changed, and after checking the docket caption it still leaves out the County.

Please fix the following issues with the caption and the party list. :

1. Matagorda County is missing.
    a. Matagorda County is the first-named defendant in my First Amended Complaint (S.D. Tex. Dkt. 45).
    b. The district court entered final judgment on September 16, 2026, in a case captioned Thompson v. Matagorda County, et al. (Dkt. 58).
    c. I appealed that judgment in my Notice of Appeal (Dkt. 59) and my Amended Notice of Appeal (Dkt. 64).

2. The Matagorda County Attorney's Office and the Matagorda County Sheriff's Department are listed, but they are no longer parties.
    a. I conceded that these offices are non-jural sub-entities of the County (Dkt. 33 at 26), and the court noted that concession (Dkt. 42 at 6).
    b. My First Amended Complaint (Dkt. 45) does not name either office as a defendant.

3. Jackson Towing Services is missing.
    a. Jackson Towing was a named defendant (Dkt. 45) and was dismissed by the order Dkt. 55, which my Amended Notice of Appeal (Dkt. 64) designates.

I respectfully ask the Clerk to add Matagorda County and Jackson Towing Service to the appellee list, and remove the Matagorda County Attorney's Office and the Matagorda County Sheriff's Department, and update the caption to match.

**Donald Lynn Thompson Jr**
**V**
**Matagorda County et al**

Respectfully,

/s/ Donald Lynn Thompson Jr
Pro se Appellant

Certificate of Service

I certify that on October 16, 2026 I served this letter through the Court's CM/ECF system on counsel for the Matagorda County Defendants,

Kate David and
Ben Stephens,

David & Stephens LLP.

Paper copy sent to

Jackson Towing Service
% Buster Jackson
2100 Golden Ave
Bay City TX 77414

/s/ Donald Lynn Thompson Jr