# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 22, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-40576 Thompson v. Chau
USDC No. 3:25-CV-253

The court has granted Appellant's unopposed motion for leave to file electronically as a pro se party in this case.

In light of the court granting your motion to proceed as a pro se filer in this case only, if you do not already have full electronic filing access you must follow the instructions at www.ca5.uscourts.gov/pro-se-information.pdf

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Dantrell Johnson
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Benjamin R. Stephens
Mr. Donald Lynn Thompson, Jr.