# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 23, 2026

Mr. Donald Lynn Thompson Jr.
610 Broadway Street
Room 521
Markham, TX 77456

No. 26-40576 Thompson v. Chau
USDC No. 3:25-CV-253

Dear Mr. Thompson,

We have docketed the amended appeal filed October 08, 2026 as shown above, and ask you to use the case number above in future inquiries.

As a reminder, filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See Fed. R. App. P. and 5th Cir. R. 27 for guidance. We will not acknowledge or act upon documents not authorized by these rules.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ______________________
Angelique B. Tardie, Deputy Clerk
504-310-7715

cc:
Mr. Nathan Ochsner
Mr. Benjamin R. Stephens

Provided below is the court's official caption. Please review the parties listed and advise the court immediately of any discrepancies. If you are required to file an appearance form, a complete list of the parties should be listed on the form exactly as they are listed on the caption.

---

Case No. 26-40576

---

Donald Lynn Thompson, Jr.,

Plaintiff - Appellant

v.

Jennifer Chau, Matagorda County Attorney; Jason Sanders, Justice of the Peace Precinct 1 Judge; Mark Finlay, Justice of the Peace Precinct 4 Judge; Raymond Gonzales, Matagorda County Sheriff's Office; John Doe, Deputy, Unknown Officer, Transport; Jane Doe, Deputy, Unknown Officer, Supervised Scene; Michaela Riley, Matagorda County Sheriff's Office Records Clerk; Matagorda County Sheriff's Department; Matagorda County Attorney's Office; J. Wamget, Deputy,

Defendants - Appellees