No. 26-40576

IN THE UNITED STATES COURT
OF APPEALS
FOR THE FIFTH CIRCUIT

Donald Lynn Thompson, Jr.,

*Plaintiff-Appellant*,

v

Jennifer Chau, et al.,

*Defendants-Appellees*.

On Appeal from the United States District Court

for the Southern District of Texas, No. 3:25-cv-00253

# APPELLANT'S NOTICE OF COMPLIANCE IN RESPONSE TO DISTRICT COURT NOTICE OF NON-COMPLIANCE

I, Donald Lynn Thompson, Jr., appellant proceeding pro se and in forma pauperis, give notice to this Court as follows.

On October 23, 2026, the Clerk of the district court entered a Notice of Non-Compliance (S.D. Tex. Dkt. 66) stating that I have failed:

- to pay the notice of appeal filing fee and
- to submit the DKT13 transcript order form.

Both statements are incorrect, as the district court's own docket shows:

1. Filing fee.

- The district court granted me leave to proceed in forma pauperis on August 8, 2025 (S.D. Tex. Dkt. 1).
- Under Federal Rule of Appellate Procedure 24(a)(3), I am entitled to proceed on appeal in forma pauperis without further authorization, and this Court's docket lists the fee status in this appeal as "In Forma Pauperis." No notice of appeal filing fee is due from me.

**General Docket**
**United States Court of Appeals for the Fifth Circuit**

**Court of Appeals Docket #:** 26-40576 **Docketed:** 09/24/2026
**Nature of Suit:** 3440 Other Civil Rights
Thompson v. Chau
**Appeal From:** Southern District of Texas, Galveston
**Fee Status:** In Forma Pauperis

**Case Type Information:**
**1)** Civil Rights
**2)** Private
**3)**

**Originating Court Information:**
**District:** 0541-3 : 3:25-CV-253
**Originating Judge:** Jeffrey Vincent Brown, U.S. District Judge
**Date Filed:** 08/08/2025
**Date NOA Filed:** 09/17/2026 **Date Rec'd COA:** 09/17/2026

**Prior Cases:**
None

2. DKT13 form.

- I submitted the DKT13 transcript order form on September 21, 2026 (S.D. Tex. Dkt. 61), stating that no transcripts are necessary for this appeal because the case was dismissed at the pleading stage under Rule 12(b)(6).

Selected docket entries for case 26–40576

Generated: 10/23/2026 10:09:47

| Filed | Document Description | Page | Docket Text |
|---|---|---|---|
| 09/24/2026 | 1 Notice of Appeal | 2 | CIVIL RIGHTS CASE docketed. NOA filed by Appellant Mr. Donald Lynn Thompson, Jr. [26–40576] (JAK) |
| 10/02/2026 | 5 DKT–1 Letter | 5 | INITIAL CASE CHECK by Attorney Advisor complete. Action: Case OK to Process. [5] Initial AA Check Due satisfied. [26–40576] (DLJ) |
| 10/02/2026 | | | ELECTRONIC RECORD ON APPEAL REQUESTED from District Court for 3:25–CV–253. Electronic ROA due on 10/19/2026. [26–40576] (DLJ) |
| 10/14/2026 | 10 Motion Filed on Behalf of Party | 8 | UNOPPOSED MOTION filed by Appellant Mr. Donald Lynn Thompson, Jr., for leave to file electronically as a pro se party [10]. Date of service: 10/14/2026. [26–40576] (DLJ) |
| 10/15/2026 | 7 Notice of Appeal (ADDL) | 12 | CASE CAPTION updated. Additional appeal filed. [7] NOA filed by Appellant Mr. Donald Lynn Thompson, Jr.. [7] [26–40576] (JAK) |
| 10/16/2026 | 12 Motion Filed on Behalf of Party | 15 | MOTION filed by Appellant Mr. Donald Lynn Thompson, Jr. to amend caption by adding as Appellees Matagorda County and Jackson Towing Services, and terminating Appellees Matagorda County Sheriff's Department and Matagorda County Attorney's Office [12]. [26–40576] (DLJ) |
| 10/22/2026 | 17 MOT–2 Letter | 17 | CLERK ORDER granting unopposed motion for leave for pro se to file electronically filed by Appellant Mr. Donald Lynn Thompson, Jr. [10] [26–40576] (DLJ) |
| 10/22/2026 | | | RESPONSE DUE to Motion to amend caption by adding as Appellees Matagorda County and Jackson Towing Services, and terminating Appellees Matagorda County Sheriff's Department and Matagorda County Attorney's Office, filed by Appellant Mr. Donald Lynn Thompson, Jr. in 26–40576 [12]. Response/Opposition due on 11/02/2026. [26–40576] (DLJ) |
| 10/23/2026 | 22 DKT–1 Letter | 18 | INITIAL CASE CHECK by Attorney Advisor complete. Action: Case OK to Process. [22] Initial AA Check Due satisfied. [26–40576] (ABT) |

I have complied with every duty the Federal Rules of Appellate Procedure placed on me as appellant, including Rules 10(b) and 11(a).

I file this notice so that if the incorrect statements in S.D. Tex. Dkt. 66, are not corrected, they DO NOT stand in this Court's file.

Note:

The electronic record on appeal was requested by this court from the district court on October 2, 2026, due October 19, 2026; it has not been transmitted, and no extension of that date appears on this Court's docket.

A response to Dkt. 66, requesting its immediate correction and the records provided and transmitted to this court as required.

This is docket 67 entry in the district court CM/ECF system.

Respectfully

/s/ *Donald Lynn Thompson Jr.*

Donald Lynn Thompson Jr
PO Box 521
Markham Texas 77456
**Updated email address for Pacer
thompson-v-matagorda@proton.me
Back up email addresses
ginnyleethompson430@gmail.com
donniethompson430@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, a true and correct copy of the foregoing

APPELLANT'S NOTICE OF COMPLIANCE
IN RESPONSE TO
DISTRICT COURT NOTICE OF NON-COMPLIANCE

is available for the counsel for Defendants, Matagorda County et al., via the Pacer electronic filing access portal.

For the following named attorneys:

The Defense outside Attorneys of record
Kate David
Ben Stephens
David & Stephens LLP
ben.stephens@davidstephensllp.com ,
kate.david@davidstephensllp.com

4305 Yoakum Boulevard
Houston, Texas 77006
713.360.4000

And

HUSCH BLACKWELL LLP
600 Travis Street, Suite 2350
Houston, Texas 77002
New Managing partner Rick Anderson with the original Houston office
rick.anderson@huschblackwell.com

Attorneys for Matagorda County Defendants and original Firm that was never correctly discharged from this case

Respectfully

/s/ *Donald Lynn Thompson Jr.*
Donald Lynn Thompson Jr.