# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 04, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-40576 Thompson v. Chau
USDC No. 3:25-CV-253

The court has granted Appellant's motion to amend the caption in this case by adding as Appellees Matagorda County and Jackson Towing Services, and terminating Appellees Matagorda County Sheriff's Department and Matagorda County Attorney's Office.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: ______________________
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Nathan Ochsner
Mr. Benjamin R. Stephens
Mr. Donald Lynn Thompson, Jr.
Mr. Buster Jackson

**P.S. to Mr. Jackson:** In connection with this appeal involving Appellee Jackson Towing Services, I call to your attention a decision of this court which holds that a corporation is a fictional legal entity which can be represented only by a licensed counsel and cannot be represented by an officer of the corporation who is not an attorney. See *In Re K.M.A., Inc.*, 652, F.2d 398, 399 (5th Cir. 1981). Therefore, unless you are an attorney licensed to practice before this court, you may not represent this party in this appeal. Please notify this office within 15 days of this date whether you will be retaining counsel to represent this party, or you may file a motion advising why the cited authority does not preclude you from representation. Failure to comply will result in Appellee Jackson Towing Services proceeding as unrepresented in this appeal.

**P.S. to All Parties/Counsel:** A revised copy of the caption is enclosed for future filings.

Revised Case Caption

No. 26-40576

Donald Lynn Thompson, Jr.,

Plaintiff - Appellant

v.

Jennifer Chau, Matagorda County Attorney; Jason Sanders, Justice of the Peace Precinct 1 Judge; Mark Finlay, Justice of the Peace Precinct 4 Judge; Raymond Gonzales, Matagorda County Sheriff’s Office; John Doe, Deputy, Unknown Officer, Transport; Jane Doe, Deputy, Unknown Officer, Supervised Scene; Michaela Riley, Matagorda County Sheriff’s Office Records Clerk; J. Wamget, Deputy; Matagorda County; Jackson Towing Services,

Defendants - Appellees