Dear Clerk's Office:
I am the pro se appellant in the
5th circuit case no. 26-40576,
SDTX case 3:25-cv-00253.

Ref: Electronic Record Request for the Appeal

I submitted my request for the electronic record for the appeal to start preparing the opening brief and have the page number references for this document. Along with verification that everything was correctly sent.

I received the SDTX Court's letter dated November 4, 2026 (Docket No. 68), advising that the electronic record on appeal has been provided on CD.

But there was no other options for being able to access this record from the Pacer account. I have e-file authority through both courts and being a pro se litigant, I don't see anything allowing the same access to the records that the attorneys have for this particular document, which is what the appeal is required to be referenced to.

I do not have a computer or a CD drive, and I cannot access the contents of a CD.

As I am sending this to both courts, I respectfully ask the Clerks from either court to provide the record in an alternative electronic format that I can access from a mobile device — for example, a secure download link, delivery by email, or Access through the Pacer electronic system.

I have not conferred with the opposing council before asking this question, because I don't believe this is a question that required their permission to request. However if I am wrong, please advise and I will be more than happy to request their opposed/unopposed decision and resubmit this same request.

Thank you for your assistance

Regards

/s/ Donald Lynn Thompson Jr
Donald Lynn Thompson Jr
Pro Se
PO Box 521
Markham Texas 77456
thompson-v-matagorda@proton.me

CERTIFICATE of SERVICE

Attorney on file for this appeal via the electronic filing

/s/ Donald Lynn Thompson Jr
Donald Lynn Thompson Jr