# APPELLANT'S MOTION FOR ADMINISTRATIVE CLARIFICATION OF SHORT TITLE

IN THE UNITED STATES COURT
OF APPEALS FOR THE FIFTH CIRCUIT

DONALD LYNN THOMPSON, JR.,
Appellant,

v.

JENNIFER CHAU, JASON SANDERS, MARK FINLAY, RAYMOND GONZALES, JOHN DOE, JANE DOE, MICHAELA RILEY, J. WAMGET, MATAGORDA COUNTY, and JACKSON TOWING SERVICES, Appellees.

No. 26-40576

---

Appellant Donald Lynn Thompson, Jr., pro se, respectfully moves this Court for administrative clarification of the short title of this appeal, and states:

1. On November 4, 2026, this Court granted Appellant's motion to amend the caption (Doc. 31), adding Matagorda County and Jackson Towing Services as Appellees and terminating the Matagorda County Sheriff's Department and the Matagorda County Attorney's Office as Appellees.

2. The case in the district court has always been captioned

   - Donald Lynn Thompson Jr v. Matagorda County, et al., Case uNo. 3:25-cv-00253, and the final judgment under appeal is captioned the same way (Dkt. 58).
   - Short Titled Thompson Jr v Matagorda County et al

3. The electronic docket in this Court continues to reflect the short title as "Thompson v. Chau."

4. Appellant requests that the Clerk reform the short title to

   - “Donald Lynn Thompson Jr v. Matagorda County et al," or
   - Thompson Jr v Matagorda County

   reflecting the lead institutional Appellee on the revised caption and maintaining consistency with the lower court case name and continuity of the record on appeal between the two courts. This request concerns the short title only; the full caption is unchanged and now correct with the County and Jackson Towing restored to this case.

WHEREFORE, Appellant respectfully requests that this Court direct the Clerk to reform the short title of this appeal to:

- "Thompson Jr v. Matagorda County," or
- “Donald Lynn Thompson Jr v Matagorda County et al “

and grant such other relief as the Court deems just.

Respectfully submitted,

/s/ Donald Lynn Thompson Jr.

Donald Lynn Thompson Jr.,

Pro Se Appellant

P.O. Box 521

Markham, TX 77456

thompson-v-matagorda@proton.me

Dated: November 7, 2026

---

## CERTIFICATE OF CONFERENCE

I certify that on November 5, 2026, at 2:40 p.m., I emailed counsel for the County Appellees, Benjamin Stephens (ben.stephens@davidstephensllp.com) and Kate David (kate.david@davidstephensllp.com), regarding this motion and requested their position in writing by Friday, November 6, 2026, at 5:00 p.m. As of the date of this filing, no response has been received, and I therefore cannot state whether this motion is opposed. Jackson Towing Services has no counsel of record, and no conference with that Appellee was possible.

/s/ Donald Lynn Thompson Jr.

---

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 201 words, excluding the parts exempted by Fed. R. App. P. 32(f), and complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6).

/s/ Donald Lynn Thompson Jr.

---

## CERTIFICATE OF SERVICE

I certify that on today's date, a true and correct copy of this Motion for Administrative Clarification of Short Title was served on counsel of record for the County Appellees, Benjamin Stephens and Kate David, by operation of the Court's CM/ECF system, and on Jackson Towing Services, an unrepresented Appellee, by U.S. Mail, postage prepaid, addressed to Jackson Towing Service c/o Buster Jackson, 2100 Golden Ave., Bay City, TX 77414.

/s/ Donald Lynn Thompson Jr.