No. 26-40576

IN THE UNITED STATES
COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Donald Lynn Thompson, Jr.,
Plaintiff - Appellant

v.

Jennifer Chau, Matagorda County Attorney;
Jason Sanders, Justice of the Peace Precinct 1 Judge;
Mark Finlay, Justice of the Peace Precinct 4 Judge;
Raymond Gonzales, Matagorda County Sheriff's Office;
John Doe, Deputy, Unknown Officer, Transport;
Jane Doe, Deputy, Unknown Officer, Supervised Scene;
Michaela Riley, Matagorda County Sheriff's Office Records Clerk;
Matagorda County;
Jackson Towing Services,
Defendants - Appellees

On Appeal from
The United States District Court
for the Southern District of Texas
Galveston Division
USDC No. 3:25-CV-253
(Hon. Jeffrey V. Brown, U.S. District Judge)

# APPELLANT'S UNOPPOSED MOTION FOR ORDER DIRECTING ELECTRONIC ACCESS TO THE PAGINATED RECORD ON APPEAL

/s/Donald Lynn Thompson Jr
DONALD LYNN THOMPSON JR
Plaintiff-Appellant, Pro Se
610 Broadway St #521
P.O. Box 521
Markham, Texas 77456
thompson-v-matagorda@proton.me

TO THE HONORABLE JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Plaintiff-Appellant Donald Lynn Thompson, Jr., proceeding pro se and in forma pauperis, respectfully moves this Court pursuant to Federal Rule of Appellate Procedure 10(e) and 27, Fifth Circuit Rule 27, and Fifth Circuit Rule 28.2.2 for an Order:

1. Compelling the Clerk of the United States District Court for the Southern District of Texas (or, alternatively, permitting direct electronic download through this Court's CM/ECF system) to provide Appellant with immediate, accessible electronic access to the paginated Record on Appeal (EROA);

Appellant is not requesting an extension of the December 14, 2026 Opening Brief deadline.

In support thereof, Appellant shows the Court as follows:

## I. VERIFIED PROCEDURAL HISTORY AND RECORD FACTS

Grant of E-Filing Status and IFP Status: On August 8, 2025, the District Court granted Appellant leave to proceed in forma pauperis (SDTX Dkt. 1). On February 20, 2026, U.S. District Judge Jeffrey V. Brown entered an Order granting Appellant's Motion for Leave to File Electronically (SDTX Dkt. 35). Appellant holds active electronic filing credentials in both the Southern District of Texas and the Fifth Circuit Court of Appeals.

Briefing Notice and Mandatory Citation Rules: On November 2, 2026, this Court issued its Briefing Notice directly to Appellant. (5th Cir. Doc. 25), setting Appellant's opening brief and record excerpts deadline for December 14, 2026. Pursuant to 5th Cir. R. 28.2.2, Appellant is required to cite the paginated record using exact "ROA." page numbers (e.g., "ROA.123.").

The Briefing Notice further states on Page 2:

- "***We permit you to download all or part of the electronic record on appeal (EROA) after this is approved by the U.S. District Court. You will receive a notice when access to the EROA is available."***

Based strictly on the verbatim text and addressee structure of Document 25:

1. Direct Grant to the Addressee, by using ("You")
    a. The letter is addressed directly to Mr. Donald Lynn Thompson Jr. (Page 1),
        i. establishing you as the primary recipient of the notice.
2. Explicit Permission:
    a. On Page 2, the text states:
        i. "We permit you to download all or part of the electronic record on appeal (EROA) after this is approved by the U.S. District Court. You will receive a notice when access to the EROA is available."
3. No Exclusion Language:
    a. Nothing in those two sentences states that permission is revoked, excluded, or conditioned on being an attorney.

Separate Requirement for Associated Counsel

4. Additional Condition for Attorneys:
    a. The third sentence states:
        i. "Counsel must be approved for electronic filing and be listed as an attorney of record in the case before access will be granted."
5. Plain Text Effect:
    a. Read alongside the first two sentences, this sentence sets the prerequisite for any counsel associated with the case to gain access
    b. It does not state that only counsel may download the EROA or strip the permission just granted to Appellant cthe preceding sentences.

The Two Trigger Conditions in the Text

6. U.S. District Court Approval:

   a. The ability to download the EROA is explicitly conditioned on one stated event:
      i. "after this is approved by the U.S. District Court."
7. Notice of Availability:
   a. The text states that once that approval happens,
      i. "You will receive a notice when access to the EROA is available."

Asymmetric Electronic Access Granted on VERBATIM Entries:

Filed & Entered: 11/03/2026 Electronic Record on Appeal Certified
Docket Text: Electronic record on appeal certified to the Fifth Circuit Court of Appeals re: [59] Notice of Appeal, [64] Notice of Appeal - Amended, filed. (bav1)

Filed & Entered: 11/03/2026 Transmittal of Appeal
Docket Text: Electronic Access to Record on Appeal Provided re: [59] Notice of Appeal, [64] Notice of Appeal - Amended to Benjamin Stephens for Appellees. Attorneys of record at the Circuit may download the record from the Court of Appeals. (USCA No. 26-40576), filed.
(bav1)

Filed & Entered: 11/03/2026 Request for Record
Docket Text: REQUEST for Electronic Access to the Certified Record on Appeal re: [59] Notice of Appeal, [64] Notice of Appeal - Amended by Donald Lynn Thompson, Jr, filed. (Thompson, Donald)

68 Filed & Entered: 11/04/2026 Transmittal of Appeal
Docket Text: Transmittal Letter on Appeal re: [59] Notice of Appeal, [64] Notice of Appeal -Amended. The electronic record on CD is being sent to Pro Se Appellant Donald Lynn Thompson, Jr. via regular US Mail. (USCA No. 26-40576), filed.
(bav1)

69 Filed & Entered: 11/06/2026 Document
Docket Text: Request for EOA Access via Pacer by Donald Lynn Thompson, Jr, filed. (Thompson, Donald)

Appellant's Timely Requests for Electronic Access: On November 6, 2026 Appellant submitted a concurrent written request to this Court's Clerk (5th Cir. Doc. 33 / 33-2), explaining that Appellant does not own a computer or a CD drive, and all work is exclusively from a mobile tablet device, and cannot open a physical CD.

Fifth Circuit Clerk's November 9, 2026 Directive: On November 9, 2026, Deputy Clerk Dantrell L. Johnson issued a letter (5th Cir. Doc. 33-1) advising that pro se parties do not have online EROA download access through this Court and stating verbatim: "The district court is responsible for providing a copy of the record on appeal to pro se parties in-keeping with their normal operating procedures."

This directive contradicts the plain language of this Court's Briefing Notice issued seven days earlier (5th Cir. Doc. 25, p. 2).

Upon inspection of the transmittal letter that supposedly accompanied a CD mailing this Defective District Court Transmittal Letter (SDTX Dkt. 68) states as follows:

- On November 4, 2026, the District Court Clerk docketed a Transmittal Letter on Appeal stating that
    - "The electronic record on CD is being sent to Pro Se Appellant Donald Lynn Thompson, Jr. via regular US Mail" (SDTX Dkt. 68).
    - However, the actual document filed at SDTX Dkt. 68 is addressed
        - "To Whom It May Concern,"
        - lists no recipient name or
        - mailing address,
        - states no mailing method or tracking number,
        - and leaves the signature line completely blank
            - ("By: , Deputy Clerk").

After receiving no response from the district court concerning the Dkt 69 Request for alternative delivery, that was simultaneously sent to BOTH COURTS, and the Appellate court advising the district court was in charge of the notification and the access.

Appellant issued a Non-Receipt of the Alleged CD to the District Court Non-Response: On November 13, 2026, nine days after the November 4, 2026 docket entry, Appellant filed Plaintiff's Notice of Non-Receipt of Record on Appeal (Dkt. 68 CD) in the District Court (SDTX Dkt. 70).

As of the filing of this Motion on November 18, 2026, Appellant has still received no CD, no response, no access, nothing at either the:

- 610 Broadway Street, Room 521 or
- PO Box 521, Markham, TX 77456,
  - which are BOTH the physical United States Post Office building, where the physical address allows for FedEx or UPS deliveries, and the location of the Box where physical mail is distributed.

Furthermore, the District Court Clerk has issued no response to Appellant's November 6, 2026 request (SDTX Dkt. 69) or Appellant's November 13, 2026 Notice of Non-Receipt (SDTX Dkt. 70).

## II. ARGUMENT AND AUTHORITIES

Denial of Meaningful Access and Procedural Parity: Appellees' counsel of record, Benjamin R. Stephens, has possessed instant, complete electronic access to the paginated Record on Appeal since November 3, 2026.

Conversely, Appellant, who was expressly authorized by the District Court to litigate electronically (SDTX Dkt. 35), has been denied electronic access to the very same digital PDF file and has received nothing by mail.

Impossibility of Compliance with 5th Cir. R. 28.2.2 Without the Paginated Record: Fifth Circuit Rule 28.2.2 mandates exact "ROA." page citations throughout Appellant's opening brief, and Document 25 warns that the Clerk may dismiss appeals if rules are not followed.

Appellant cannot generate mandatory "ROA." pincites from raw District Court filings because the paginated "ROA." Bates numbering exists solely on the certified Record on Appeal prepared by the District Court Clerk.

Lack of Evidentiary Proof of Mailing and Inaccessibility of Physical CD Media: SDTX Dkt. 68 contains no recipient address, no postal tracking, and no deputy clerk signature verifying that a physical disc was ever burned or mailed. Moreover, even if a physical CD were eventually delivered, Appellant proceeds in forma pauperis, resides in rural Markham, Texas, owns only a mobile Android tablet, and possesses no computer or optical CD drive.

Providing the existing digital PDF record via email, secure download link, or CM/ECF costs the District Court Clerk zero postage and zero physical media, whereas requiring an indigent pro se litigant to locate third-party optical disc hardware imposes an undue, unequal barrier to appellate review.

## III. CERTIFICATE OF CONFERENCE

Pursuant to 5th Cir. R. 27.4, on November 17, 2026, Appellant conferred via written email with counsel for Appellees, Mr. Benjamin R. Stephens regarding the relief requested in this Motion. Appellees' counsel stated that Appellees are unopposed.

## IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff-Appellant Donald Lynn Thompson, Jr. respectfully requests that this Court enter an Order:

1. Directing the Clerk of the United States District Court for the Southern District of Texas (or authorizing the Clerk of this Court) to transmit the complete, paginated Electronic Record on Appeal (EROA)
    a. in PDF format to Appellant immediately via email (thompson-v-matagorda@proton.me),
    b. Or secure electronic download link,

c. Or CM/ECF electronic access;

Denying electronic record access to a pro se appellant who already holds electronic filing credentials in both courts creates an unequal procedural barrier based solely on party status.

Respectfully submitted this 18th day of November, 2026.

/s/ Donald Lynn Thompson, Jr.
Donald Lynn Thompson, Jr.
Plaintiff - Appellant, Pro Se
610 Broadway Street, Room 521
PO Box 521
Markham, Texas 77456
Email: thompson-v-matagorda@proton.me

CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this motion contains 2014 words a count well under the 5,200-word limit.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point font.

/s/ Donald Lynn Thompson, Jr.
Donald Lynn Thompson, Jr

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2026, I electronically filed the foregoing Appellant's

APPELLANT'S UNOPPOSED MOTION FOR ORDER
DIRECTING ELECTRONIC ACCESS TO THE
PAGINATED RECORD ON APPEAL

with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system, which will automatically send electronic notification of such filing to all registered counsel of record, including counsel for Appellees, Mr. Benjamin R. Stephens.

/s/ Donald Lynn Thompson, Jr.
Donald Lynn Thompson, Jr.