# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 20, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-40576 Thompson v. Chau
USDC No. 3:25-CV-253

Enclosed is an order entered in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

By: Dantrell Johnson
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Nathan Ochsner
Mr. Benjamin R. Stephens
Mr. Donald Lynn Thompson, Jr.

**P.S. to District Court:** In light of the enclosed order, please be advised that the Appellant provided the following email for use in transmitting the EROA in .pdf- thompson-v-matagorda@proton.me.